# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                          **Case No. 8:06-cr-15-T-26MSS**

**KETAN PATEL**

_____

## PERSONAL RECOGNIZANCE RELEASE

**IT IS ORDERED** that defendant be released on his personal recognizance, subject only to the mandatory conditions and provisions required under the Bail Reform Act for all pretrial releasees:

(1)     The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case.

(2)     The defendant shall **immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3)     The defendant shall **appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed upon notice.

## ADVICE OF PENALTIES AND SANCTIONS

### TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250.000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250.000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250.000 or imprisoned for not more than ten years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250.000 or imprisoned not more than five years, or both;

(3)     any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

AO 199A  Order Setting Conditions of Release

(4)      a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

        A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

February 6, 2006            **ACKNOWLEDGMENT OF DEFENDANT**

        I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

9406 Ayleshire Ql.
_____
Address

Riverview      Fl 33569   813-672-8980
_____
City and State             Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

        The defendant is **ORDERED** released after processing.

Date:     February 6, 2006

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE